PLAINTIFF'S
EXHIBIT
A



# Cybersecurity Incident

Evolve Bank & Trust is making customers aware of a cybersecurity incident that may involve certain personal information, as well as the actions we have taken in response, and additional steps individuals may take.

**UPDATE: June 26, 2024 12:00pm CT**

Our investigation confirms, at this time, Evolve Retail Banking customers' debit cards, online, and digital banking credentials do not appear to be impacted by the cybersecurity incident. Those credentials appear to be secure.

Evolve Bank & Trust will communicate directly to customers in the impacted areas of our business. We expect those communications to last for some time. We ask that you check your email for updates. Customers should remain vigilant and report any suspicious account activity immediately. Our teams are ready to assist you.

**UPDATE: June 26, 2024 8:30am CT**

## What Happened

Evolve is currently investigating a cybersecurity incident involving a known cybercriminal organization that appears to have illegally obtained and released on the dark web the data

and personal information of some Evolve customers. We take this matter extremely seriously and are working diligently to address the situation. Evolve has engaged the appropriate law enforcement authorities to aid in our investigation and response efforts. Based on what our investigation has found and what we know at this time, we are confident this incident has been contained and there is no ongoing threat.

We are continuing to monitor the situation closely and will provide updates as necessary.

## What Information Was Involved

It appears these bad actors have released illegally obtained data, including Personal Identification Information (PII), on the dark web. The data varies by individual but may include your name, Social Security Number, date of birth, account information and/or other personal information.

## What We Are Doing

We are beginning the long process of communicating with customers who have been affected by this incident. If you are impacted, you will receive an email from **notifications@getevolved.com** with detail instructions on how to enroll in complimentary credit monitoring with identity theft detection services.

## What You Can Do

We encourage customers to remain vigilant by monitoring account activity and credit reports. You can set up free fraud alerts from nationwide credit bureaus — Equifax, Experian, and TransUnion. You can also request and review your free credit report at any time via Freecreditreport.com. If you suspect any fraud or suspicious activity please contact us immediately.

If you suspect that you're the victim of identity theft or fraud, you have the right to file a report with the Federal Trade Commission (FTC) or law enforcement authorities. You can contact the FTC at:

*Federal Trade Commission*

*600 Pennsylvania Avenue, NW*

*Washington, DC 20580*

*(877)IDTHEFT (438-4338)*

https://www.identitytheft.gov/

## For More Information

If your account information was impacted, you will be receiving an email or letter from us explaining the incident, what information was compromised, and what we are doing for you in response.

If you have further questions, please contact cyberalert@getevolved.com or 833.947.1379.