



July 22, 2024

Dear grey morgan:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8112 0620 4289 1548 74**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | July 19, 2024, 10:36 am |
| Location: | RALEIGH, NC 27608 |
| Postal Product: | USPS Ground Advantage™ |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Evolve Bank Trust c o Corporation Service Comp |

| Shipment Details | |
|---|---|
| Weight: | 9.0oz |

**Recipient Signature**

Signature of Recipient: *[signature: Frazier / Lilly Frazier]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER: 9414 8112 0620 4289 1548 74

ARTICLE ADDRESSED TO:

Evolve Bank & Trust
c/o Corporation Service Company, RA
2626 Glenwood Ave Ste 550
Raleigh NC 27608-1370

FEES
Postage Per Piece         $6.330
Certified Fee              4.850
Total Postage & Fees:     11.180      Postmark
                                       Here