**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: EVOLVE BANK & TRUST CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2:24-md-03127-SHL-cgc<br><br>Judge Sheryl H. Lipman |

### JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Defendant Evolve Bank & Trust ("Evolve" or "Defendant") and Plaintiffs Samantha Walker, Steven Mason, Tracy E. Starling, Terrance Pruitt, Duncan Meadows, Zachary Grisack, Christina Fava, Laura Robinson, Jo Joaquim, Nicole Petersen, Mark D. Van Nostrand, Sharyn Jackson, Evin Jason Shefa, and Lisa Adewole ("Plaintiffs" and collectively, the "Parties"), hereby move the Court for an extension of the deadline to file a motion for preliminary approval of the settlement, through and including April 1, 2025.

On February 21, 2025, the Parties filed a joint notice to inform the Court that they have reached an agreement in principle on certain terms of a settlement that would resolve claims in the above-captioned multidistrict litigation (the "MDL"), indicated that a motion for preliminary approval of the settlement will be filed by March 14, 2025, and requested a stay of all deadlines in the MDL, including the February 28, 2025 status conference. *See* ECF 59. On February 25, 2025, the Court continued the status conference in light of the Parties' notice of settlement. *See* ECF 60. Subsequently, on March 13, 2025, the Court granted a one-week extension of the deadline to file a motion for preliminary approval, as requested by the Parties, which set the deadline to March 21, 2025. *See* ECF 62, 63. The Court then granted the Parties request to extend this deadline again until March 26, 2025. ECF 64, 65.

Since that time, the Parties have finalized the Settlement Agreement and have drafted the motion for preliminary approval, but require additional time for all Parties to execute the Agreement, including all of the named Plaintiffs.

Accordingly, the Parties jointly request an extension of time, up to and including April 1, 2025, to finalize and execute the settlement agreement and for Plaintiffs to file a motion for preliminary approval.

THIS the 26th day of March 2025.                Respectfully Submitted,


By: */s/ J. Gerard Stranch, IV*
   J. Gerard Stranch, IV (BPR 23045)
   Grayson Wells (BPR 039658)
   **Stranch, Jennings & Garvey, PLLC**
   The Freedom Center
   223 Rosa L. Parks Avenue, Suite 200
   Nashville, TN 37203
   Tel: (615) 254-880
   gstranch@stranchlaw.com
   gwells@stranchlaw.com

   *Lead Class Counsel*

   Gary M. Klinger
   **MILBERG COLEMAN BRYSON
   GROSSMAN, PLLC**
   227 W. Monroe Street, Suite 2100
   Chicago, IL 60606
   Tel: (866) 252-0878
   gklinger@milberg.com

   Lynn A. Toops
   Amina Thomas
   **COHEN & MALAD LLP**
   One Indiana Square, Suite 1400
   Indianapolis, IN 46204
   Tel: (317) 636-6481
   ltoops@cohenandmalad.com
   athomas@cohenandmalad.com

2

Jeff Ostrow
**KOPELOWITZ OSTROW, P.A.**
1 W. Las Olas Boulevard, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

Linda Nussbaum
**NUSSBAUM LAW GROUP P.C.**
1133 Avenues of the Americas, 31st Floor
New York, NY 10036
Tel: (917) 438-9102
lnussbaum@nussbaumpc.com

James J. Pizzirusso
**HAUSFELD LLP**
888 16th Street N.W., Suite 300
Washington, DC 20006
Tel: (202) 540-7200
jpizzirusso@hausfeld.com

Scott Poynter
**POYNTER LAW GROUP**
4924 Kavanaugh Boulevard
Little Rock, AR 72207
Tel: (501) 812-3943
scott@poynterlawgroup.com

*Members of the Class Counsel Executive Committee*

Frank L. Watson, III
**WATSON BURNS, PLLC**
253 Adams Avenue
Memphis, TN 38104
Tel: (901) 529-7996
fwatson@watsonburns.com

*Class Liaison Counsel*

3

**ORRICK HERRINGTON & SUTCLIFFE LLP**

By:*/s/ Aravind Swaminathan*
    Aravind Swaminathan (WA Bar No. 33883)
    401 Union Street, Ste. 3300
    Seattle, WA 98101
    (206) 839-4340
    aswaminathan@orrick.com

    Marc R. Shapiro (NY Bar No. 4403606)
    51 West 52nd Street
    New York, NY 10019-6142
    (212) 506-3546
    mrshapiro@orrick.com

    Amisha R. Patel (DC Bar No. 1005420)
    2100 Pennsylvania, NW
    Washington, DC 20037
    (202) 339-8457
    (202) 339-8401 (fax)
    apatel@orrick.com

    *Attorneys for Defendant Evolve Bank & Trust*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this day filed the above JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 26th day of March 2025.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV